[Cite as *State v. $1,885 in United States Currency*, 2011-Ohio-3038.]

COURT OF APPEALS
STARK COUNTY, OHIO
FIFTH APPELLATE DISTRICT

|  |  |  |
|---|---|---|
| STATE OF OHIO | : | JUDGES:<br>Hon. W. Scott Gwin, P.J. |
|  | : | Hon. Julie A. Edwards, J. |
| Plaintiff-Appellee | : | Hon. Patricia A. Delaney, J. |
|  | : |  |
| -vs- | : |  |
|  | : | Case No. 2011-CA-00036 |
| $1885.00 IN U.S. CURRENCY | : |  |
| (Criminal Case No. 2009-CR-0437 | : |  |
| Johnny Brack) | : | O P I N I O N |
| Defendant-Appellant |  |  |

CHARACTER OF PROCEEDING:      Civil appeal from the Stark County Court of Common Pleas, Case No. 09-MI-0131

JUDGMENT:      Dismissed

DATE OF JUDGMENT ENTRY:      June 20, 2011

APPEARANCES:

For Plaintiff-Appellee

JOHN D. FERRERO
STARK COUNTY PROSECUTOR
BY: GERALD T. YOST
110 Central Plaza S., Ste 510
Canton, OH 44702

For Defendant-Appellant

LEISHA SHERRELL-SIMS, PRO SE
919 Sandal Place N.E.
Canton, OH 44704

*Gwin, P.J.*

{¶1} Leisha Sherrell-Sims appeals a judgment of the Court of Common Pleas of Stark County, Ohio, which found money seized by the North Canton police was the property of Johnny V. Brack, and ordered the money sent to the clerk of court to apply to amounts Brack owed on prior cases. Appellant shared a home with Brack. Brack was arrested on drug charges but acquitted; appellant was never charged with a crime.

{¶2} The court journalized its judgment on December 7, 2010. On January 27, 2011, the court issued a nunc pro tunc entry to correct a scrivener's error. On February 10, 2011, appellant filed her notice of appeal.

{¶3} App. R. 4 (A) provides a notice of appeal must be filed within 30 days from the entry of the judgment being appealed. The time requirement is jurisdictional, and this court has no jurisdiction to review an untimely appeal. *Rundle v. Rundle* (1997), 123 Ohio App. 3d 304, 305, 704 N.E. 2d 56, citations deleted.

{¶4} A nunc pro tunc order speaks as of the date of the original judgment, and does not extend the 30-day filing period for an appeal. *Gold Touch, Inc. v. TJS Lab, Inc.* (1998), 130 Ohio App. 3d 106, 719 N.E. 2d 629.

**{¶5}** We find we lack jurisdiction to review this judgment, and accordingly the appeal is dismissed.

By Gwin, P.J.,

Edwards, J., and

Delaney, J., concur

_____

HON. W. SCOTT GWIN

_____

HON. JULIE A. EDWARDS

_____

PATRICIA A. DELANEY

WSG:clw 0516

[Cite as *State v. $1,885 in United States Currency*, 2011-Ohio-3038.]

IN THE COURT OF APPEALS FOR STARK COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE OF OHIO | : | |
| | : | |
| Plaintiff-Appellee | : | |
| | : | |
| | : | |
| | : | |
| -vs- | : | JUDGMENT ENTRY |
| | : | |
| $1885.00 IN U.S. CURRENCY | : | |
| (Criminal Case No. 2009-CR-0437 | | |
| Johnny Brack) | : | |
| | : | |
| Defendant-Appellant | : | CASE NO. 2011-CA-00036 |

For the reasons stated in our accompanying Memorandum-Opinion, the appeal is dismissed for lack of jurisdiction.

_____
HON. W. SCOTT GWIN

_____
HON. JULIE A. EDWARDS

_____
PATRICIA A. DELANEY